TIMOTHY COURCHAINE
United States Attorney
District of Arizona
RUI WANG
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: rui.wang@usdoj.gov
Attorneys for Plaintiff

CR25-02916 TUC-RM(LCK)

FILED
2025 JUN 18 PM 12: 27
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>              Plaintiff,<br><br>     vs.<br><br>Jonathan Lawrence Dillon,<br><br>              Defendant. | **INDICTMENT**<br><br>Violations:<br><br>18 U.S.C. §§ 922(a)(6) & 924(a)(2)<br>(Making a False Statement in Connection with Acquisition of Firearms)<br>Counts 1-7<br><br>18 U.S.C. §§ 922(a)(1)(A) and 924(a)(1)(D)<br>(Engaging in the Business of Dealing Firearms without a License)<br>Count 8 |

**THE GRAND JURY CHARGES:**

<u>**COUNTS 1-7**</u>

On or about the dates listed below, in the District of Arizona, the Defendant JONATHAN LAWRENCE DILLON, in connection with the acquisition of firearms, knowingly made false statements and representations to the businesses listed below, each of which was a Federal Firearms Licensee licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each business listed below, in that Defendant stated in writing that he was the actual transferee/buyer of the

firearms, whereas in truth and fact, he was not the actual transferee/buyer of the firearms, and he acquired them on behalf of another person.

| Count | Date | FFL | Firearms |
|---|---|---|---|
| 1 | 08/30/2023 | USA Pawn & Jewelry (2904 N. First Ave., Tucson) | Glock, model 21, .45 caliber pistol serial number AERX210 |
| 2 | 09/20/2023 | USA Pawn & Jewelry (2590 S. Kolb Rd., Tucson) | Glock, model 48, 9mm pistol, serial number BUKG623 |
| 3 | 10/24/2023 | USA Pawn & Jewelry (1697 E. Fry Blvd., Sierra Vista) | Glock, model 17, 9mm pistol, serial number BUAF707 |
| 4 | 10/24/2023 | USA Pawn & Jewelry (1697 E. Fry Blvd., Sierra Vista) | Glock, model 45, 9mm pistol, serial number BSBA695 |
| 5 | 10/24/2023 | USA Pawn & Jewelry (1697 E. Fry Blvd., Sierra Vista) | Glock, model 22, .40 caliber pistol, serial number ZUZ168 |
| 6 | 11/08/2023 | USA Pawn & Jewelry (1697 E. Fry Blvd., Sierra Vista) | Glock, model 45, 9mm pistol, serial number MCG651 |
| 7 | 11/08/2023 | USA Pawn & Jewelry (1697 E. Fry Blvd., Sierra Vista) | Glock, model 21, .45 caliber pistol, serial number SPR774 |

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 8

Between on or about August 30, 2023, and on or about November 22, 2023, in the District of Arizona, Defendant JONATHAN LAWRENCE DILLON, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing firearms.

///

///

1     In violation of Title 18, United States Code, Sections 922(a)(1)(A) and 924(a)(1)(D).

                                            A TRUE BILL

                                                  /S/

                                      FOREPERSON OF THE GRAND JURY
                                      Dated: June 18, 2025

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

    /S/

RUI WANG
Assistant U.S. Attorney

REDACTED FOR PUBLIC DISCLOSURE

*United States of America v. Jonathan Lawrence Dillon*
*Indictment Page 3 of 3*